FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

2005 OCT -7  PM 12: 47

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| PERNARD DAVID PRYOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 105-113 |
| ) | (Formerly CR 102-010) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the § 2255 motion is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 7th day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE